UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
GENE SAMIT, Individually and On Behalf of All :
Others Similarly Situated, :
: 
                           Plaintiff, : No. 1:18-cv-7796-VEC
:
                vs. : **NOTICE OF APPEARANCE OF**
: **MARY EATON**
CBS CORPORATION, LESLIE MOONVES, :
and JOSEPH R. IANNIELLO, 
:
                      Defendants. :
:
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned, a member of the law firm Willkie Farr & Gallagher LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants CBS Corporation and Joseph R. Ianniello in the above-captioned action, and requests that copies of all papers in this action be served upon the undersigned.

Dated: October 25, 2018
       New York, New York

                                                  Respectfully submitted,

                                                  */s/ M. Eaton*

                                                  Mary Eaton
                                                  WILLKIE FARR & GALLAGHER LLP
                                                  787 Seventh Avenue
                                                  New York, New York 10019
                                                  Telephone: (212) 728-8000
                                                  meaton@willkie.com

                                                  *Attorney for Defendants CBS Corporation and Joseph R. Ianniello*