UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
GENE SAMIT, Individually and On Behalf of All  :
Others Similarly Situated,                     :
                                               :
                        Plaintiff,             :   No. 1:18-cv-7796-VEC
                                               :
            vs.                                :   **NOTICE OF APPEARANCE OF**
                                               :   **ALEXANDER L. CHENEY**
CBS CORPORATION, LESLIE MOONVES,               :
and JOSEPH R. IANNIELLO,                       :
                                               :
                        Defendants.            :
                                               :
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned, an associate of the law firm Willkie Farr & Gallagher LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants CBS Corporation and Joseph R. Ianniello in the above-captioned action, and requests that copies of all papers in this action be served upon the undersigned.

Dated:  October 25, 2018
        New York, New York

                                    Respectfully submitted,

                                    /s/ Alexander L. Cheney
                                    Alexander L. Cheney
                                    WILLKIE FARR & GALLAGHER LLP
                                    787 Seventh Avenue
                                    New York, New York 10019
                                    Telephone: (212) 728-8000
                                    acheney@willkie.com

                                    *Attorney for Defendants CBS Corporation and
                                    Joseph R. Ianniello*