UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
GENE SAMIT, Individually and On Behalf of All    :
Others Similarly Situated,                       :
                                                 :
                    Plaintiff,                   :   No. 1:18-cv-7796-VEC
                                                 :
          vs.                                    :
                                                 :
CBS CORPORATION, LESLIE MOONVES,                 :
and JOSEPH R. IANNIELLO,                         :
                                                 :
                    Defendants.                  :
                                                 :
------------------------------------------------------ x
```

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

WHEREAS, the Plaintiff filed a putative class action complaint (the "Complaint") against CBS Corporation, Leslie Moonves, and Joseph R. Ianniello (collectively, the "Defendants") on August 27, 2018;

WHEREAS, the Defendants agreed to waive service of a summons in this action, and waived any objections to the absence of a summons or of service, provided that the Defendants did not waive any defenses or objections to the lawsuit, the Court's jurisdiction, or the venue of the action;

WHEREAS, there is a related action pending in the Southern District of New York, captioned *John Lantz v. CBS Corporation, et al.*, Case No. 1:18-cv-8978-VEC (S.D.N.Y.) (the "Related Action");

WHEREAS, this case and the Related Action are governed by the Private Securities Litigation Reform Act (the "PSLRA");

WHEREAS, pursuant to Federal Rules of Civil Procedure 4 and 12, the time for the Defendants to answer, move, or otherwise respond to the Complaint has not yet passed;

WHEREAS, this is the first application to extend the Defendants' time to answer, move, or otherwise respond to the Complaint;

NOW THEREFORE, the Plaintiff and the Defendants, through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

1. The Defendants' time to answer, move, or otherwise respond to the Complaint is extended until after the Court appoints lead plaintiff and lead counsel for plaintiff, and lead plaintiff serves a consolidated amended complaint or designates a pending complaint as the operative complaint.

2. After the Court has appointed lead plaintiff and lead counsel for the putative Class, the parties shall meet and confer on an appropriate schedule for lead plaintiff to file a consolidated amended complaint or designate an operative complaint, and for the Defendants to move, answer or otherwise respond to such complaint.

3. Discovery and other proceedings are stayed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1(b)(1).

4. This Order shall apply to each case arising out of the same or similar transactions and/or events as the Complaint which is subsequently filed in, remanded to, or transferred to this Court.

5. Nothing herein shall constitute a waiver or abrogation of, or in any other manner prejudice, any defenses that might be raised by the Defendants.

6. This stipulation may be signed in counterparts, and the signature pages may be exchanged via PDF and email.

Dated: October 25, 2018
       New York, New York

| POMERANTZ LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| */s/ Jeremy A. Lieberman /AH*<br>Jeremy A. Lieberman<br>J. Alexander Hood II<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Email: jalieberman@pomlaw.com<br>　　　　ahood@pomlaw.com<br><br>Patrick V. Dahlstrom<br>10 South La Salle Street, Suite 3505<br>Chicago, Illinois 60603<br>Telephone: (312) 377-1181<br>Email: pdahlstrom@pomlaw.com<br><br>*Attorneys for Plaintiff Gene Samit* | Mary Eaton<br>Alexander L. Cheney<br>Zeh S. Ekono<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Email: meaton@willkie.com<br>　　　　acheney@willkie.com<br>　　　　zekono@willkie.com<br><br>*Attorneys for Defendants CBS Corporation and Joseph R. Ianniello*<br><br>DECHERT LLP<br><br>Andrew J. Levander<br>Hector Gonzalez<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Email: andrew.levander@dechert.com<br>　　　　hector.gonzalez@dechert.com<br><br>*Attorneys for Defendant Leslie Moonves* |

IT IS SO ORDERED:

_____
The Honorable Valerie E. Caproni
United States District Judge

Dated: _____, 2018

| POMERANTZ LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| | *M. Eaton.* |
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Email: jalieberman@pomlaw.com<br>ahood@pomlaw.com | Mary Eaton<br>Alexander L. Cheney<br>Zeh S. Ekono<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Email: meaton@willkie.com<br>acheney@willkie.com<br>zekono@willkie.com |
| Patrick V. Dahlstrom<br>10 South La Salle Street, Suite 3505<br>Chicago, Illinois 60603<br>Telephone: (312) 377-1181<br>Email: pdahlstrom@pomlaw.com | *Attorneys for Defendants CBS Corporation and Joseph R. Ianniello* |
| *Attorneys for Plaintiff Gene Samit* | DECHERT LLP |
| | Andrew J. Levander<br>Hector Gonzalez<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Email: andrew.levander@dechert.com<br>hector.gonzalez@dechert.com |
| | *Attorneys for Defendant Leslie Moonves* |

IT IS SO ORDERED:

_____
The Honorable Valerie E. Caproni
United States District Judge

Dated: _____, 2018

-3-

| POMERANTZ LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Email: jalieberman@pomlaw.com<br>       ahood@pomlaw.com<br><br>Patrick V. Dahlstrom<br>10 South La Salle Street, Suite 3505<br>Chicago, Illinois 60603<br>Telephone: (312) 377-1181<br>Email: pdahlstrom@pomlaw.com<br><br>*Attorneys for Plaintiff Gene Samit* | Mary Eaton<br>Alexander L. Cheney<br>Zeh S. Ekono<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Email: meaton@willkie.com<br>       acheney@willkie.com<br>       zekono@willkie.com<br><br>*Attorneys for Defendants CBS Corporation and Joseph R. Ianniello*<br><br>DECHERT LLP<br><br>*/s/ Hector Gonzalez*<br>Andrew J. Levander<br>Hector Gonzalez<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Email: andrew.levander@dechert.com<br>       hector.gonzalez@dechert.com<br><br>*Attorneys for Defendant Leslie Moonves* |

IT IS SO ORDERED:

_____
The Honorable Valerie E. Caproni
United States District Judge

Dated: _____, 2018