UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GENE SAMIT, Individually and On Behalf of All :
Others Similarly Situated,                    :
                                              :
                              Plaintiff,      :  No. 1:18-cv-7796-VEC
                                              :
             vs.                              :
                                              :
CBS CORPORATION, LESLIE MOONVES,              :
and JOSEPH R. IANNIELLO,                      :
                                              :
                              Defendants.     :
                                              :
---------------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CBS CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CBS Corporation hereby states that it is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS Corporation. CBS Corporation is not aware of any other publicly traded corporation that owns 10% or more of its voting stock.

Dated: October 25, 2018
       New York, New York

                                        WILLKIE FARR & GALLAGHER LLP

                                        *M. Eaton.*

                                        Mary Eaton
                                        Alexander L. Cheney
                                        Zeh S. Ekono
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Telephone: (212) 728-8000
                                        Email: meaton@willkie.com
                                               acheney@willkie.com
                                               zekono@willkie.com