

November 5, 2018

Phillip Kim
pkim@rosenlegal.com

**BY ECF**

Hon. Valerie E. Caproni
Thurgood Marshall Courthouse
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Samit v. CBS Corp., et al.*, No. 1:18-cv-07796-VEC
     *Lantz v. CBS Corp., et al.*, No. 1:18-cv-08978-VEC

Your Honor:

We write in response to the Court's Orders to Show Cause (*Samit* Dkt. # 15, *Lantz* Dkt. # 47) on behalf of lead plaintiff movant Iron Workers District Council of Philadelphia & Vicinity Benefit & Pension Plans ("Iron Workers") to advise the Court that Iron Workers consent to consolidation.

Respectfully submitted,

/s/ Phillip Kim
Phillip Kim