UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE SAMIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, LESLIE MOONVES, and JOSEPH R. IANNIELLO,<br><br>Defendants. | Case No. 1:18-cv-07796-VEC |
| JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, LESLIE MOONVES, JOSEPH R. IANELLO, LAWRENCE LIDING, DAVID RHODES, DAVID R. ANDELMAN, JOSEPH A. CALIFANO, JR., WILLIAM S. COHEN, GARY L. COUNTRYMAN, CHARLES K. GIFFORD, LEONARD GOLDBERG, BRUCE S. GORDON, LINDA M. GRIEGO, ROBERT N. KLIEGER, ARNOLD KOPELSON, MARTHA L. MINOW, DOUG MORRIS, and SHARI REDSTONE,<br><br>Defendants. | Case No. 1:18-cv-08978-VEC |

**NOTICE OF WITHDRAWAL OF MOTION OF CBS INVESTOR GROUP
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF LEAD COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On October 26, 2018, Howard Jacobowitz and Gene R. Samit (collectively, the "CBS Investor Group") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Fed. R. Civ. P. 42, for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the CBS Investor Group as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of CBS Corporation between February 14, 2014 and July 27, 2018, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  (Dkt. No. 20.)

Having reviewed the competing motions before the Court, the CBS Investor Group does not appear to have the largest financial interest in this action within the meaning of the PSLRA. Accordingly, the CBS Investor Group hereby withdraws its motion.  This notice of withdrawal shall have no impact on the membership of the CBS Investor Group's members in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated:  November 6, 2018                    Respectfully submitted,

                              POMERANTZ LLP

                              */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Movants
Howard Jacobowitz and Gene R. Samit and
Proposed Lead Counsel for the Class*