USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
GENE SAMIT, individually and on behalf of all         :
others similarly situated,                            :
                                                      :
                                    Plaintiff,        :        18-CV-7796 (VEC)
                                                      :
             -against-                                :            ORDER
                                                      :        CONSOLIDATING
CBS CORPORATION; LESLIE MOONVES; and   :
JOSEPH R. IANNIELLO;                                  :
                                                      :
                                   Defendants.        :
-----------------------------------------------------------------X
-----------------------------------------------------------------X
JOHN LANTZ, individually and on behalf of all         :
others similarly situated,                            :        18-CV-8978 (VEC)
                                                      :
                                    Plaintiff,        :
                                                      :
             -against-                                :
                                                      :
CBS CORPORATION; LESLIE MOONVES;       :
JOSEPH R. IANNIELLO; LAWRENCE           :
LIDING; DAVID RHODES; DAVID R.          :
ANDELMAN; JOSEPH A. CALIFANO, JR.;     :
WILLIAM S. COHEN; GARY L.               :
COUNTRYMAN; CHARLES K. GIFFORD;        :
LEONARD GOLDBERG; BRUCE S. GORDON;    :
LINDA M. GRIEGO; ROBERT N. KLIEGER;    :
ARNOLD KOPELSON; MARTHA L. MINOW;      :
DOUG MORRIS; SHARI REDSTONE,           :
                                                      :
                                   Defendants.        :
-----------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 26, 2018, this Court ordered the parties to the above-captioned

cases to show cause why the cases should not be immediately consolidated for all purposes under

15 U.S.C § 77z-1(a)(3)(B)(ii);

WHEREAS in response to that order, all served parties indicated consent to consolidation for all purposes [*see Samit* Dkts. 20-27; *Lantz* Dkts. 49-51, 55, 57];

WHEREAS the above-captioned class actions have been designated as related cases because they concern or arise from substantially the same events, *see* Local Business Rule 13; and

WHEREAS the Court finds that the above-captioned actions assert substantially the same claims under the Securities and Exchange Act and related regulations; that those claims arise from the same or similar alleged materially false or misleading statements and omissions; and that the actions therefore involve common questions of law or fact, *see* Fed. R. Civ. P. 42(a); *see also, e.g.*, *In re Facebook, Inc., IPO Sec. & Derivative Litig.*, 288 F.R.D. 26, 34-35 (S.D.N.Y. 2012),

IT IS HEREBY ORDERED that:

1. The above-captioned actions are consolidated into one action (the "Consolidated Action") for all purposes.  All future filings should be made in docket number 18-CV-7796.

2. Any additional submissions by any party regarding the appointment of a lead plaintiff and lead counsel in the Consolidated Action are due no later than **November 19, 2018**.  After a lead plaintiff and lead counsel are named, the Court will set a schedule for Lead Plaintiff to file an Amended Consolidated Complaint.


**SO ORDERED.**

Date:  **November 6, 2018**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**