**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GENE SAMIT, Individually and on Behalf
of All Others Similarly Situated,

                            Plaintiff,

        v.

CBS CORPORATION, LESLIE
MOONVES, and JOSEPH R.
IANNIELLO,

                         Defendants.
-------------------------------------------------------
-------------------------------------------------------
JOHN LANTZ, Individually and on Behalf
of All Others Similarly Situated,

                            Plaintiff,

        v.

CBS CORPORATION, LESLIE
MOONVES, JOSEPH R. IANNIELLO,
LAWRENCE LIDING, DAVID RHODES,
DAVID R. ANDELMAN, JOSEPH A.
CALIFANO, JR., WILLIAM S. COHEN,
GARY L. COUNTRYMAN, CHARLES
K. GIFFORD, LEONARD GOLDBERG,
BRUCE S. GORDON, LINDA M.
GREIGO, ROBERT N. KLIEGER,
ARNOLD KOPELSON, MARTHA L.
MINOW, DOUG MORRIS and SHARI
REDSTONE,

                         Defendants.

Consolidated Action No. 18-CV-7796

## NOTICE OF APPEARANCE OF DANIEL J. KRAMER

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record on behalf of defendant Bruce S. Gordon.

Dated:  New York, New York          Respectfully submitted,
        November 14, 2018
                                    PAUL, WEISS, RIFKIND, WHARTON &
                                    GARRISON LLP


                                    BY: /s/ Daniel J. Kramer
                                    Daniel J. Kramer
                                    1285 Avenue of the Americas
                                    New York, New York 10019-6064
                                    Tel.:  (212) 373-3000
                                    Fax:  (212) 492-0020
                                    Email:  dkramer@paulweiss.com

                                    *Counsel for Defendant Bruce S. Gordon*