UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE SAMIT, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>         v.<br><br>CBS CORPORATION, LESLIE MOONVES, and JOSEPH R. IANNIELLO,<br><br>                      Defendants.<br>-----------------------------------------------------<br>-----------------------------------------------------<br>JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>         v.<br><br>CBS CORPORATION, LESLIE MOONVES, JOSEPH R. IANNIELLO, LAWRENCE LIDING, DAVID RHODES, DAVID R. ANDELMAN, JOSEPH A. CALIFANO, JR., WILLIAM S. COHEN, GARY L. COUNTRYMAN, CHARLES K. GIFFORD, LEONARD GOLDBERG, BRUCE S. GORDON, LINDA M. GREIGO, ROBERT N. KLIEGER, ARNOLD KOPELSON, MARTHA L. MINOW, DOUG MORRIS and SHARI REDSTONE,<br><br>                      Defendants. | Consolidated Action No. 18-CV-7796 |

## NOTICE OF APPEARANCE OF BRAD D. FELDMAN

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record on behalf of defendant Bruce S. Gordon.

Dated: New York, New York
November 14, 2018

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: /s/ Brad D. Feldman
Brad D. Feldman
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 492-0314
Email: bfeldman@paulweiss.com

*Counsel for Defendant Bruce S. Gordon*