USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
GENE SAMIT and JOHN LANTZ, Individually      :
and On Behalf of All Others Similarly Situated,  :
                                             :
                         Plaintiff,          :    Consolidated Action No. 1:18-cv-7796
                                             :
          vs.                                :
                                             :
CBS CORPORATION et al.,                      :
                                             :
                         Defendants.         :
                                             :
------------------------------------------------------------ x
```

## STIPULATION AND (PROPOSED) ORDER REGARDING SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel pursuant to Local Civil Rule 1.4 and subject to the Court's approval, that Lee S. Richards, Matthew M. Riccardi, and Andrew R. Podolin of the law firm RICHARDS KIBBE & ORBE LLP is hereby substituted in place of Mary Eaton, Alexander L. Cheney, and Zeh S. Ekono of the law firm WILLKIE FARR & GALLAGHER LLP as counsel of record for Defendant Charles K. Gifford in the above-captioned action. All notices required to be given and all papers filed or served in this action should henceforth be served upon counsel at the address set forth below for incoming counsel. A supporting declaration pursuant to Local Civil Rule 1.4 is filed herewith.

Dated: December 11, 2018

| WILLKIE FARR & GALLAGHER LLP | RICHARDS KIBBE & ORBE LLP |
|---|---|
| By: /s/ M. Eaton | By: /s/ |
| Mary Eaton | Lee S. Richards |
| Alexander L. Cheney | Matthew M. Riccardi |
| Zeh S. Ekono | Andrew R. Podolin |
| 787 Seventh Avenue | 200 Liberty Street |
| New York, NY 10019 | New York, NY 10281 |
| Telephone: (212) 728-8000 | Telephone: (212) 530-1800 |
| Email: meaton@willkie.com | Email: lrichards@rkollp.com |
| acheney@willkie.com | mriccardi@rkollp.com |
| zekono@willkie.com | apodolin@rkollp.com |
| *Outgoing Attorneys for* | *Incoming Attorneys for* |
| *Defendant Charles K. Gifford* | *Defendant Charles K. Gifford* |

Consented to:

_____
Charles K. Gifford

SO ORDERED:

Application GRANTED.

SO ORDERED.

/s/ Valerie Caproni    12/13/2018
_____
HON. VALERIE E. CAPRONI
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2