UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CBS CORPORATION et al.,<br><br>      Defendants. | Civil Action No. 1:18-cv-07796-VEC<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of Lead Plaintiff Construction Laborers Pension Trust for Southern California in the above-captioned actions, and requests that all parties serve upon the undersigned copies of all papers filed in or affecting this action.

DATED:  January 25, 2019    ROBBINS GELLER RUDMAN
                   & DOWD LLP
                MARY K. BLASY

                  */s/ Mary K. Blasy*
                MARY K. BLASY

                58 South Service Road, Suite 200
                Melville, NY  11747
                Telephone:  631/367-7100
                631/367-1173 (fax)
                mblasy@rgrdlaw.com

                *Lead Counsel for Plaintiff*