IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, LESLIE MOONVES, JOSEPH R. IANNIELLO, LAWRENCE LIDING, DAVID RHODES, DAVID R. ANDELMAN, JOSEPH A. CALIFANO, JR., WILLIAM S. COHEN, GARY L. COUNTRYMAN, CHARLES K. GIFFORD, LEONARD GOLDBERG, BRUCE S. GORDON, LINDA M. GRIEGO, ROBERT N. KLIEGER, MARTHA L. MINOW, DOUG MORRIS and SHARI REDSTONE,<br><br>Defendants. | Case No. 1:18-cr-07796-VEC |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jessica A. Masella, a partner with the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Defendant William S. Cohen and requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: February 12, 2019

Respectfully submitted,

 /s/ Jessica A. Masella
Jessica A. Masella
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  212.335.4500
Facsimile:  212.335.4501
jessica.masella@dlapiper.com

*Counsel for Defendant*
*William S. Cohen*