UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, LESLIE MOONVES, JOSEPH R. IANNIELLO, LAWRENCE LIDING, DAVID RHODES, DAVID R. ANDELMAN, JOSEPH A. CALIFANO, JR., WILLIAM S. COHEN, GARY L. COUNTRYMAN, CHARLES K. GIFFORD, LEONARD GOLDBERG, BRUCE S. GORDON, LINDA M. GRIEGO, ROBERT N. KLIEGER, MARTHA L. MINOW, DOUG MORRIS AND SHARI REDSTONE,<br><br>Defendants. | Case No. 1:18-cv-07796-VEC (Consolidated) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brendan V. Sullivan, Jr., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Joseph A. Califano, Jr. in the above-captioned action.

I am a member in good standing of the bars of the states of the District of Columbia and Rhode Island, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

\*     \*     \*

Attached please find an affidavit pursuant to Local Rule 1.3, certificates of good standing from the District of Columbia and Rhode Island, and a proposed order.

Dated: February 27, 2019

Respectfully submitted,

/s/ Brendan V. Sullivan, Jr.
Brendan V. Sullivan, Jr.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington D.C. 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5806
Email:  bsullivan@wc.com

*Attorney for Joseph A. Califano, Jr.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, LESLIE MOONVES, JOSEPH R. IANNIELLO, LAWRENCE LIDING, DAVID RHODES, DAVID R. ANDELMAN, JOSEPH A. CALIFANO, JR., WILLIAM S. COHEN, GARY L. COUNTRYMAN, CHARLES K. GIFFORD, LEONARD GOLDBERG, BRUCE S. GORDON, LINDA M. GRIEGO, ROBERT N. KLIEGER, MARTHA L. MINOW, DOUG MORRIS AND SHARI REDSTONE,<br><br>Defendants. | Case No. 1:18-cv-07796-VEC (Consolidated) |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brendan V. Sullivan, Jr., hereby submit this affidavit in support of my motion for admission to practice Pro Hac Vice to appear as counsel for Joseph A. Califano, Jr. in the above-captioned action, and state as follows:

1. I am a member in good standing of the bars of the District of Columbia and the state of Rhode Island.

2. There are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 27, 2019
Washington, D.C.

Respectfully submitted,

*/s/ Brendan V. Sullivan*

Brendan V. Sullivan, Jr.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5806
Email: bsullivan@wc.com

*Attorney for Joseph A. Califano, Jr.*

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Brendan V Sullivan Jr.

was duly qualified and admitted on **January 26, 1970** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on February 14, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: _____
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



## Supreme Court of Rhode Island
### Providence

*The State of Rhode Island and Providence Plantations*

This Certifies that

## Brendan V. Sullivan
of Washington, DC

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on this the 21st day of November, 1967 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 13th day of February, 2019.

*Debra A Saunders*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, LESLIE MOONVES, JOSEPH R. IANNIELLO, LAWRENCE LIDING, DAVID RHODES, DAVID R. ANDELMAN, JOSEPH A. CALIFANO, JR., WILLIAM S. COHEN, GARY L. COUNTRYMAN, CHARLES K. GIFFORD, LEONARD GOLDBERG, BRUCE S. GORDON, LINDA M. GRIEGO, ROBERT N. KLIEGER, MARTHA L. MINOW, DOUG MORRIS AND SHARI REDSTONE,<br><br>     Defendants. | Case No. 1:18-cv-07796-VEC (Consolidated) |

### [PROPOSED] ORDER GRANTING ADMISSION OF BRENDAN V. SULLIVAN, JR. PRO HAC VICE

The motion of Brendan V. Sullivan, Jr. for admission to practice Pro Hac Vice in the above-captioned case is GRANTED.

Mr. Sullivan has declared that he is a member in good standing of the bars of the District of Columbia and Rhode Island, and that his contact information is as follows:

  Brendan V. Sullivan, Jr.
  WILLIAMS & CONNOLLY LLP
  725 Twelfth Street NW
  Washington D.C. 20005
  Telephone: (202) 434-5000
  Facsimile: (202) 434-5806
  Email: bsullivan@wc.com

Brendan V. Sullivan, Jr. having requested admission Pro Hac Vice to appear for all purposes as counsel for Joseph A. Califano, Jr. in the above-captioned action;

IT IS HEREBY ORDERED that Brendan V. Sullivan, Jr. is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

                                                      UNITED STATES DISTRICT JUDGE