UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENE SAMIT and JOHN LANTZ, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

CBS CORPORATION et al.,

    Defendants.

---

Consolidated Action No. 1:18-cv-7796

**NOTICE OF APPEARANCE OF TARIQ MUNDIYA**

**PLEASE TAKE NOTICE** that the undersigned, a partner of the law firm Willkie Farr & Gallagher LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants CBS Corporation, Joseph R. Ianniello, Lawrence Liding, David Rhodes, Gary L. Countryman, Linda M. Griego, and Doug Morris in the above-captioned action, and requests that copies of all papers in this action be served upon the undersigned.

Dated: March 12, 2019
       New York, New York

Respectfully submitted,

_/s/ Tariq Mundiya_

Tariq Mundiya
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tmundiya@willkie.com

*Attorney for Defendants CBS Corporation, Joseph R. Ianniello, Lawrence Liding, David Rhodes, Gary L. Countryman, Linda M. Griego, and Doug Morris*