UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION et al.,<br><br>Defendants. | Consolidated Action No. 1:18-cv-07796<br><br>**NOTICE OF DEFENDANT LESLIE MOONVES'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Leslie Moonves shall move this Court before the Honorable Valerie E. Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be determined by the Court, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, dismissing the Amended Complaint for Violations of The Federal Securities Laws, filed on February 11, 2019, in its entirety, with prejudice, and granting to Defendant Moonves such other and further relief as this Court deems just and proper.

Dated:  New York, New York
April 12, 2019

        Respectfully Submitted,

        DECHERT LLP

        */s/* Andrew J. Levander
        Andrew J. Levander
        Hector Gonzalez
        1095 Avenue of the Americas
        New York, NY 10036
        andrew.levander@dechert.com
        hector.gonzalez@dechert.com
        (212) 698-3500

        *Counsel for Defendant Leslie Moonves*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 12th day of April, 2019, I electronically filed this **Notice of Defendant Leslie Moonves's Motion To Dismiss Plaintiff's Amended Complaint For Violations Of The Federal Securities Laws** using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/* Andrew J. Levander
ANDREW J. LEVANDER

*Counsel for Defendant Leslie Moonves*