UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
GENE SAMIT and JOHN LANTZ, Individually       :
and On Behalf of All Others Similarly Situated,    :
                                                  :
                Plaintiff,                        :  Consolidated Action No. 1:18-cv-7796
                                                  :
        v.                                        :  **NOTICE OF THE MOTION OF**
                                                  :  **CBS CORPORATION AND**
CBS CORPORATION, et al.,                          :  **CERTAIN INDIVIDUAL**
                                                  :  **DEFENDANTS TO DISMISS THE**
                Defendants.                       :  **AMENDED COMPLAINT**
                                                  :
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Mary Eaton and all exhibits annexed thereto, Defendants CBS Corporation, Joseph R. Ianniello, Lawrence Liding, David Rhodes, David R. Andelman, Joseph A. Califano, Jr., William S. Cohen, Gary L. Countryman, Charles K. Gifford, Leonard Goldberg, Bruce S. Gordon, Linda M. Griego, Robert N. Klieger, Martha L. Minow, Doug Morris, and Shari E. Redstone (collectively, the "Moving Defendants") shall move this Court before the Honorable Valerie E. Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be determined by the Court, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, dismissing the Amended Complaint for Violations of The Federal Securities Laws, filed on February 11, 2019, in its entirety, with prejudice, and granting to the Moving Defendants such other and further relief as this Court deems just and proper.

Dated:  April 12, 2019

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

/s/ Mary Eaton
Mary Eaton
Tariq Mundiya
Alexander L. Cheney
Zeh S. Ekono
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 728-8000
Email:   meaton@willkie.com
            tmundiya@willkie.com
            acheney@willkie.com
            zekono@willkie.com

*Attorneys for Defendants CBS Corporation, Gary L. Countryman, Linda M. Griego, Joseph R. Ianniello, Lawrence Liding, Doug Morris, and David Rhodes*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

/s/ Meredith Kotler
Meredith Kotler
Rahul Mukhi
Russell A. Mawn, Jr.
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2000
Email:   mkotler@cgsh.com
            rmukhi@cgsh.com
            rmawn@cgsh.com

*Attorneys for David R. Andelman, Robert N. Klieger, and Shari Redstone*

**DLA PIPER LLP**

/s/ Richard F. Hans
Richard F. Hans
Jessica A. Masella
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Email:   richard.hans@dlapiper.com
            jessica.masella@dlapiper.com

*Attorneys for William S. Cohen*

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Scott A. Edelman
Scott A. Edelman (*pro hac vice*)
Ilissa Samplin
2029 Century Park East, Suite 4000
Los Angeles, CA 90067
Telephone:  (310) 557-8061
Email:   sedelman@gibsondunn.com
            isamplin@gibsondunn.com

*Attorneys for Leonard Goldberg*

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **RICHARDS KIBBE & ORBE LLP** |

*/s/ Daniel J. Kramer*  
Daniel J. Kramer  
David W. Brown  
Audra J. Soloway  
Brad D. Feldman  
1285 Avenue of the Americas  
New York, NY 10019  
Telephone: (212) 373-3000  
Email: dkramer@paulweiss.com  
dbrown@paulweiss.com  
asoloway@paulweiss.com  
bfeldman@paulweiss.com  

*Attorneys for Bruce S. Gordon*

*/s/ Lee S. Richards III*  
Lee S. Richards III  
Matthew M. Riccardi  
Andrew Podolin  
200 Liberty Street  
New York, NY 10281  
Telephone: (212) 530-1800  
Email: lrichards@rkollp.com  
mriccardi@rkollp.com  
apodolin@rkollp.com  

*Attorneys for Charles K. Gifford*

**SULLIVAN & CROMWELL LLP**            **WILLIAMS & CONNOLLY LLP**

*/s/ Sharon L. Nelles*  
Sharon L. Nelles  
Beth D. Newton  
125 Broad Street  
New York, NY 10004  
Telephone: (212) 558-4000  
Email: nelless@sullcrom.com  
newtonb@sullcrom.com  

*Attorneys for Martha L. Minow*

*/s/ Brendan V. Sullivan Jr.*  
Brendan V. Sullivan Jr.  
Jonathan B. Pitt  
Steven M. Cady  
725 Twelfth Street NW  
Washington, D.C. 20005  
Telephone: (202) 434-5000  
Email: bsullivan@wc.com  
jpitt@wc.com  
scady@wc.com  

*Attorneys for Joseph A. Califano, Jr.*