USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CONSTRUCTION LABORERS PENSION
TRUST FOR SOUTHERN CALIFORNIA,
GENE SAMIT and JOHN LANTZ, individually
and on behalf of all others similarly situated,

                                      Plaintiffs,

                                      -against-

CBS CORPORATION and LESLIE MOONVES,

                                      Defendants.
------------------------------------------------------------- X

18-CV-7796 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs, Defendant CBS Corp., and Defendant Leslie Moonves appeared for an initial pretrial conference on February 21, 2020;

IT IS HEREBY ORDERED that a conference is scheduled for **March 20, 2020, at 10:00 a.m.** at which the Court will enter a discovery schedule for class certification. A proposed Case Management Plan and a joint letter outlining disagreements, if any, over the scope of such discovery are due no later than **March 13, 2020**. The Parties must meet and confer in a good faith effort to identify and resolve disputes before **March 13, 2020**.

**SO ORDERED.**

Date: February 21, 2020
New York, New York

                                                                                 **VALERIE CAPRONI**
                                                                                 **United States District Judge**