```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CONSTRUCTION LABORERS PENSION         :
TRUST FOR SOUTHERN CALIFORNIA,        :
GENE SAMIT and JOHN LANTZ, individually :
and on behalf of all others similarly situated,  :      18-CV-7796 (VEC)
                                                                          :
                                               Plaintiffs,       :      ORDER
                                                                          :
                      -against-                                 :
                                                                          :
CBS CORPORATION and LESLIE MOONVES,  :
                                                                          :
                                               Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 31, 2020, Plaintiff filed a motion for class certification;

IT IS HEREBY ORDERED that a conference is scheduled for **August 12, 2020, at 2:30 p.m.** to discuss whether Plaintiff's motion should be denied without prejudice as prematurely made, the briefing schedule for Plaintiff's motion, and the status of discovery.

Dial-in: (888) 363-4749
Access code: 3121171#
Security code: 7796#

**SO ORDERED.**

**Date: August 7, 2020**                                          **VALERIE CAPRONI**
**New York, New York**                                        **United States District Judge**