**ROBBINS GELLER RUDMAN & DOWD LLP**

Boca Raton     Melville     San Diego
Chicago     Nashville     San Francisco
Manhattan     Philadelphia     Washington, D.C.

**MEMO ENDORSED**

August 11, 2020

VIA ECF

Honorable Valerie E. Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/12/2020
```

Re: *Constr. Laborers Pension Tr. for S. Cal. v. CBS Corp., et al.*,
No. 1:18-cv-7796(VEC)

Dear Judge Caproni:

The parties write jointly in response to the Court's August 7, 2020 Order regarding Lead Plaintiff's Motion for Class Certification, filed July 31, 2020 (ECF No. 140) (the "Motion"). The parties have conferred about the Motion and briefing thereof. Lead Plaintiff has agreed to withdraw its Motion without prejudice to refile a motion for class certification after the close of expert depositions on December 14, 2020.

Pursuant to the Court's Amended Case Management Plan and Scheduling Order entered on April 30, 2020, the parties shall complete class certification fact discovery by November 16, 2020 and conduct expert depositions by December 14, 2020. Additionally, the parties have, subject to Court approval, agreed to the following schedule for the refiling and completion of briefing of Plaintiff's motion for class certification:

- Lead Plaintiff shall refile its motion for class certification by December 18, 2020;

- Defendants shall file their opposition(s) to Lead Plaintiff's motion for class certification by February 16, 2021; and

- Lead Plaintiff shall file its reply in further support of its motion for class certification by April 1, 2021.

In light of the agreement set forth above, the parties respectfully submit that tomorrow's conference be adjourned. We thank the Court for its attention to this matter.

**Robbins Geller Rudman & Dowd LLP**

Honorable Valerie E. Caproni
August 11, 2020
Page 2

Respectfully submitted,

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP | WILLKIE FARR & GALLAHER LLP |
| s/ *Vincent M. Serra* | s/ *Todd G. Cosenza* |
| Samuel H. Rudman<br>Vincent M. Serra<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>Email: srudman@rgrdlaw.com<br>           vserra@rgrdlaw.com | Tariq Mundiya<br>Todd G. Cosenza<br>Zeh S. Ekono<br>(signed electronically with the consent of counsel)<br>787 Seventh Avenue<br>New York, NY  10019<br>Telephone:  212/728-8000<br>Email: tmundiya@willkie.com<br>           tcosenza@willkie.com<br>           zekono@willkie.com |
| | *Attorneys for Defendant CBS Corporation (n/k/a ViacomCBS Inc.)* |

**Robbins Geller Rudman & Dowd LLP**

Honorable Valerie E. Caproni
August 11, 2020
Page 3

| | |
|---|---|
| Spencer A Burkholz (admitted *pro hac vice*)<br>Jonah H. Goldstein (admitted *pro hac vice*)<br>Laurie L. Largent (admitted *pro hac vice*)<br>Laura Andracchio (admitted *pro hac vice*)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>Email: spenceb@rgrdlaw.com<br>           jonahg@rgrdlaw.com<br>           llargent@rgrdlaw.com<br>           landracchio@rgrdlaw.com<br><br>*Lead Counsel for Lead Plaintiff* | DECHERT LLP<br><br> _s/ Andrew J. Levander_<br><br>Andrew J. Levander<br>Hector Gonzalez<br>Margaret Mortimer<br>(signed electronically with the consent of counsel)<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  212/698-3500<br>Email: andrew.levander@dechert.com<br>         hector.gonzalez@dechert.com<br>         margaret.mortimer@dechert.com<br><br>Angela M. Liu (admitted *pro hac vice*)<br>35 West Wacker Drive<br>Suite 3400<br>Chicago, IL 60601<br>Telephone: 312/646-5816<br>Email: angela.liu@dechert.com<br><br>*Attorneys for Defendant Leslie Moonves* |

Application GRANTED.  The teleconference scheduled for August 12, 2020, is canceled.  Plaintiffs' motion for class certification is withdrawn without prejudice.  The parties' proposed briefing schedule is adopted.

The Clerk of Court is directed to close the open motion on docket entry 140.

SO ORDERED.

*[signature]*  8/12/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE