WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________________
DATE FILED: 3/15/22

March 15, 2022

**VIA ECF**

Re: *Construction Laborers Pension Trust for Southern California v. CBS Corporation, et al.*, No. 1:18-cv-07796-VEC

Dear Judge Caproni:

Pursuant to Your Honor's Order of March 8, 2022, the parties in the above-referenced matter jointly submit this status report.

On January 10, 2022, the parties reached an agreement in principle to settle the above-captioned litigation. The parties have since exchanged drafts of the Stipulation of Settlement and related settlement documentation. The parties anticipate that Lead Plaintiff will file its Motion for Preliminary Approval and the agreed-upon Stipulation of Settlement on or before April 15, 2022.

The parties remain available to provide any additional information at the Court's request. We thank the Court for the time and attention it has devoted to this matter.

Respectfully submitted,

ROBBINS GELLER RUDMAN &
DOWD LLP

____*/s/ Vincent M. Serra*______
Vincent M. Serra
Samuel H. Rudman
David A. Rosenfeld
(signed electronically with the consent of counsel)
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Email: srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

Spencer A. Burkholz (admitted pro hac vice)
Jonah H. Goldstein (admitted pro hac vice)
Laurie L. Largent (admitted pro hac vice)
Laura M. Andracchio (admitted pro hac vice)
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Email: spenceb@rgrdlaw.com
jonahg@rgrdlaw.com
llargent@rgrdlaw.com
landracchio@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

WILLKIE FARR & GALLAGHER LLP

___*/s/ Todd G. Cosenza*___________
Todd G. Cosenza
Tariq Mundiya
Alexander L. Cheney
Zeh S. Ekono
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Email: tcosenza@willkie.com
tmundiya@willkie.com
acheney@willkie.com
zekono@willkie.com

*Attorneys for Defendant CBS Corporation (n/k/a Paramount Global)*

DECHERT LLP

___*/s/ Andrew J. Levander*____________
Andrew J. Levander
Margaret Mortimer
(signed electronically with the consent of counsel)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Email: andrew.levander@dechert.com
margaret.mortimer@dechert.com

Angela M. Liu (admitted pro hac vice)
35 West Wacker Drive
Suite 3400
Chicago, IL 60601
Telephone: (312) 646-5816
Email: angela.liu@dechert.com

*Attorneys for Defendant Leslie Moonves*

In light of the parties' agreement in principle to settle this case, the parties are instructed to file a motion for preliminary approval of the settlement and a written settlement agreement not later than **April 15, 2022**. All other existing deadlines in this case are suspended, and the Clerk of Court is respectfully requested to terminate any open motions in this case.

SO ORDERED.

3/15/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE