USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
CONSTRUCTION LABORERS PENSION :
TRUST FOR SOUTHERN CALIFORNIA, :
GENE SAMIT and JOHN LANTZ, individually :
and on behalf of all others similarly situated, :        18-CV-7796 (VEC)
  :
                       Plaintiffs,      :        ORDER
  :
             -against-                  :
  :
CBS CORPORATION and LESLIE MOONVES, :
  :
                       Defendants.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 19, 2022, Lead Plaintiff moved the Court for final approval of the class action settlement and plan of allocation, Dkt. 193; and

   WHEREAS Lead Plaintiff did not indicate the number of claims submitted to date in its supporting memoranda or declarations;

   IT IS HEREBY ORDERED that Lead Plaintiff must submit a declaration setting forth the number of claims submitted to date not later than **Wednesday, November 2, 2022**.

Date:  October 28, 2022
       New York, New York

                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**