**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Vincent M. Serra
vserra@rgrdlaw.com

November 2, 2022

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

Re: <u>Samit, et al. v. CBS, Inc., et al.</u>, Case No. 1:18-cv-07796-VEC

Dear Judge Caproni:

      We represent Lead Plaintiff and write in response to CBS and Moonves's request that the Court adjourn tomorrow's Final Approval Hearing – notice of which was mailed to over 170,000 potential Settlement Class Members – in light of an agreement in principle with the New York Attorney General ("NYAG") that would provide additional monetary relief to Settlement Class Members. Lead Plaintiff opposes this request because the Settlement here does not hinge on any potential settlement with the NYAG. The parties will ensure that, if the Court approves the Settlement, any additional funds obtained by the NYAG will be distributed together with the relief obtained in this action, along with any necessary notice of the additional distribution. Any such distribution will not affect the Court's determination of whether *this* Settlement is fair, reasonable, and adequate. For these reasons, Lead Plaintiff respectfully contends that there is no reason to delay the Final Approval Hearing set by the Court over five months ago.

      Respectfully submitted,

      */s/ Vincent M. Serra*

      VINCENT M. SERRA

58 South Service Road     Suite 200     Melville, NY 11747     Tel 631-367-7100     Fax 631-367-1173     rgrdlaw.com