UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, GENE SAMIT and JOHN LANTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION and LESLIE MOONVES,<br><br>Defendants. | Civil Action No. 1:18-cv-07796-VEC<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ ORDER APPROVING DONATION OF RESIDUAL SETTLEMENT FUNDS |

This matter came before the Court on Lead Counsel's request to donate the residual funds remaining following the completion of claims administration. Pursuant to ¶8.12 of the Stipulation and Agreement of Settlement (ECF 177 at 33), Lead Counsel seeks the Court's approval to distribute the *de minimis* as follows: $7,832.37 to the Legal Aid Society of New York, and $7,832.36 to the New York Bar Foundation. Lead Counsel represents that it is not affiliated with either entity.

Upon consideration of Lead Counsel's request, IT IS HEREBY ORDERED:

The *de minimis* residual funds remaining in the distribution account may be donated to the Legal Aid Society of New York and the New York Bar Foundation.

IT IS SO ORDERED.

DATED: September 9, 2026

THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE